# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

    Petitioner,

vs.

E.K McDANIEL, *et al.*,

    Respondents.

3:05-cv-00582-LRH-VPC

**ORDER**

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, filed by Christopher A. Jones, a Nevada prisoner represented by counsel.

Petitioner, through counsel, has filed a motion for a second extension of time in which to comply with the Court's order of June 2, 2008. (Docket #26). Petitioner seeks a one-week enlargement of time, up to and including July 23, 2008, to comply with the Court's order. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time (Docket #26) is **GRANTED.** Petitioner shall comply with the Court's order of June 2, 2008, on or before **July 23, 2008.**

DATED this 17th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE