# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| Petitioner, ) | 3:05-cv-00582-LRH-VPC |
| vs. ) | |
|  ) | ORDER |
| E.K McDANIEL, *et al.*, ) | |
| Respondents. ) | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, filed by Christopher A. Jones, a Nevada prisoner represented by counsel.

Petitioner, through counsel, has filed a motion for an extension of time in which to file a reply to respondents' opposition to the pending motion for a stay. (Docket #30). Petitioner seeks a 21-day enlargement of time, up to and including September 9, 2008, to file a reply brief. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (Docket #30) is **GRANTED.** Petitioner's reply brief shall be filed on or before **September 9, 2008.**

DATED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE