UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>    Petitioner,<br><br>vs.<br><br>E.K McDANIEL, *et al.*,<br><br>    Respondents. | 3:05-cv-00582-LRH-VPC<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, filed by Christopher A. Jones, a Nevada prisoner represented by counsel.

Petitioner, through counsel, has filed a motion for an extension of time in which to file an opposition to the pending motion to dismiss. (ECF No. 42). Petitioner seeks a 36-day enlargement of time, up to and including September 6, 2011, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 42) is **GRANTED.** Petitioner's opposition shall be filed on or before **September 6, 2011.**

Dated this 2nd day of August, 2011.

UNITED STATES DISTRICT JUDGE